UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ROBERT MONROE, | ) | 1:08-CV-00623 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING MAY 16, 2008, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | |
| JAMES A. YATES, Warden, | ) | [Doc. #5] |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 16, 2008, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to exhaust state remedies. The Court found that Petitioner had failed to exhaust three of the four claims presented in the petition. On May 27, 2008, Petitioner filed his objections wherein he clarifies his responses in the petition and submits he has exhausted all four claims, albeit in separate petitions to the California Supreme Court. The Court finds Petitioner has shown good cause to vacate the Findings and Recommendation.

**ORDER**

Accordingly, the Court hereby VACATES the Findings and Recommendation of May 16, 2008.

IT IS SO ORDERED.

1   **Dated:   June 4, 2008**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE